B 5 (Official Form  5) (12/07)

| UNITED STATES BANKRUPTCY COURT | INVOLUNTARY PETITION |
|---|---|
| Southern District of New York | |

| IN RE (Name of Debtor – If Individual:  Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Airfasttickets, Inc. | |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 875 Third Ave, 3rd Floor New York, NY 10022 | c/o United Corporate Services, Inc. 10 Bank Street, Suite 560 White Plains, New York 10606 (Registered Agent) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS New York                    ZIP CODE 10022 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7        ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts (Check **one** box.) | Type of Debtor (Form of Organization) | Nature of Business (Check **one** box.) |
|---|---|---|
| Petitioners believe:  ☐  Debts are primarily consumer debts  ☑  Debts are primarily business debts | ☐ Individual (Includes Joint Debtor) ☑ Corporation (Includes LLC and LLP) ☐ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) _____ | ☐  Health Care Business ☐  Single Asset Real Estate as defined in      11 U.S.C. § 101(51)(B) ☐  Railroad ☐  Stockbroker ☐  Commodity Broker ☐  Clearing Bank ☑  Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.  ☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached  ☐  Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor N/A | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS** (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1.   ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b). 2.   ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United     States Code. 3.a.  ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are     the subject of a bona fide dispute as to liability or amount;                                            or   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or     agent appointed or authorized to take charge of less than substantially all of the property of the     debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) — Page 2

Name of Debtor ___Airfasttickets, Inc.___

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Ben Berman_ (General Counsel)<br>Signature of Petitioner or Representative (State title)<br>KAYAK Software Corporation d/b/a   7/16/2015<br>Name of Petitioner   KAYAK.com   Date Signed<br><br>Name & Mailing   Benjamin Berman, Esq.<br>Address of Individual   55 North Water Street<br>Signing in Representative   Fairfield, CT 06824<br>Capacity | x _William C. [signature]_ 7/27/15<br>Signature of Attorney   Date<br>William C. Heuer - Duane Morris LLP<br>Name of Attorney Firm (If any)<br>1540 Broadway, New York, NY 10036-4086<br>Address<br>(212) 692-1000<br>Telephone No.   and<br>John R. Weiss   Duane Morris LLP<br>190 South LaSalle St, Ste 3700, Chicago, IL 60603-3433 |
| x _[signature]_ (Vice President & Controller)<br>Signature of Petitioner or Representative (State title)<br>TripAdvisor, LLC   7/23/15<br>Name of Petitioner   Date Signed<br>Noel Watson<br>Name & Mailing   141 Needham Street<br>Address of Individual<br>Signing in Representative   Newton, MA 02464<br>Capacity | x _[signature]_ 7/24/15<br>Signature of Attorney   Date<br>Douglas B. Rosner - Goulston & Storrs<br>Name of Attorney Firm (If any)<br>400 Atlantic Avenue, Boston, MA 02110-3333<br>Address<br>(617) 482-1776<br>Telephone No. |
| x_____ (Vice President & General Manager)<br>Signature of Petitioner or Representative (State title)<br>Smarter Travel Media LLC<br>Name of Petitioner   Date Signed<br>David Krauter<br>Name & Mailing   226 Causeway St, 3FL<br>Address of Individual<br>Signing in Representative   Boston, MA 02114<br>Capacity | x_____   Date<br>Signature of Attorney<br>Douglas B. Rosner - Goulston & Storrs<br>Name of Attorney Firm (If any)<br>400 Atlantic Avenue, Boston, MA 02110-3333<br>Address<br>(617) 482-1776<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | | Nature of Claim | Amount of Claim* |
|---|---|---|---|
| KAYAK Software Corporation d/b/a KAYAK.com | 55 North Water St., Ste. 1 Fairfield, CT 06824 | Judgment | 423,083.77 |
| Name and Address of Petitioner<br>TripAdvisor, LLC | 141 Needham Street<br>Newton, MA 02464 | Nature of Claim<br>Services Provided | Amount of Claim*<br>51,187.69 |
| Name and Address of Petitioner<br>Smarter Travel Media LLC | 226 Causeway Street, 3d Fl<br>Boston, MA 02114 | Nature of Claim<br>Services Provided | Amount of Claim*<br>1,520,242.56 |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | | Total Amount of Petitioners' Claims<br>1,994,514.02 |

X   continuation sheets attached

* The "Amount of Claim" shown for each of the Petitioning Creditors is the amount as to which there is no bona fide dispute. Each of the Petitioning Creditors reserves the right to assert in its Proof of Claim other amounts than shown here.

DocuSign Envelope ID: 7D34AC9D-30B3-48DA-AA47-9829F33B1FD3

B 5 (Official Form 5) (12/07) -- Page 2                    Name of Debtor  Airfasttickets, Inc.

Case No._____

---

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x  *Ben Berman*  (General Counsel)<br>Signature of Petitioner or Representative (State title)<br>KAYAK Software Corporation d/b/a    7/16/2015<br>Name of Petitioner   KAYAK.com       Date Signed<br><br>Name & Mailing<br>Address of Individual    Benjamin Berman, Esq.<br>Signing in Representative   55 North Water Street<br>Capacity     Fairfield, CT 06824 | x _____<br>Signature of Attorney                     Date<br>William C. Heuer  - Duane Morris LLP<br>Name of Attorney Firm (If any)<br>1540 Broadway, New York, NY 10036-4086<br>Address<br>(212) 692-1000<br>Telephone No.          and<br>John R. Weiss     Duane Morris LLP<br>190 South LaSalle St, Ste 3700, Chicago, IL 60603-3433 |
| x _____ (Vice President & Controller)<br>Signature of Petitioner or Representative (State title)<br>TripAdvisor , LLC<br>Name of Petitioner<br><br>Name & Mailing      Noel Watson<br>Address of Individual    141 Needham Street<br>Signing in Representative   Newton, MA 02464<br>Capacity | x _____<br>Signature of Attorney                     Date<br>Douglas B. Rosner - Goulston & Storrs<br>Name of Attorney Firm (If any)<br>400 Atlantic Avenue, Boston, MA 02110-3333<br>Address<br>(617) 482-1776<br>Telephone No. |
| x  *David Krauter* (Vice President & General Manager)<br>Signature of Petitioner or Representative (State title)<br>Smarter Travel Media LLC       7/24/15<br>Name of Petitioner<br>David Krauter<br>Name & Mailing      226 Causeway St, 3FL<br>Address of Individual<br>Signing in Representative   Boston, MA 02114<br>Capacity | x _____       7/24/15<br>Signature of Attorney                     Date<br>Douglas B. Rosner - Goulston & Storrs<br>Name of Attorney Firm (If any)<br>400 Atlantic Avenue, Boston, MA 02110-3333<br>Address<br>(617) 482-1776<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim* |
|---|---|---|
| KAYAK Software Corporation d/b/a KAYAK.com   55 North Water St., Ste. 1 Fairfield, CT 06824 | Judgment | 423,083.77 |
| TripAdvisor, LLC   141 Needham Street Newton, MA 02464 | Services Provided | 51,187.69 |
| Smarter Travel Media LLC   226 Causeway Street, 3d Fl Boston, MA 02114 | Services Provided | 1,520,242.56 |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 1,994,514.02 |

X__ continuation sheets attached

* The "Amount of Claim" shown for each of the Petitioning Creditors is the amount as to which there is no bona fide dispute. Each of the Petitioning Creditors reserves the right to assert in its Proof of Claim other amounts than shown here.

## ADDITIONAL PETITIONERS

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _(signature)_ (Joint Administrator) | x _(signature)_ 7/27/15 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Air Fast Tickets Limited (In Administration) | William C. Heuer – Duane Morris LLP |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
|                                   7/20/2015 | |
| Name & Mailing       Geoffrey Carton-Kelly | 1540 Broadway, New York, NY 10036-4086 |
| Address of                 c/o FRP Advisory LLP | Address |
| Individual Signing      110 Cannon Street | (212) 692-1000 |
| in Representative       London, EC4N 6EU | Telephone No. |
| Capacity | and |
| | John R. Weiss  - Duane Morris LLP |
| | 190 South LaSalle St, Ste 3700, |
| | Chicago, IL 60603-3433 |

| Name and Address of Petitioner | Nature of Claim | Amount of Claim* |
|---|---|---|
| Air Fast Tickets Limited c/o FRP Advisory LLP 110 Cannon Street London, EC4N 6EU | Intercompany Debt | $28,144,895.50 |

| Total Amount of All Petitioners' Claims | $ 30,139,409.52 |
|---|---|

\* The "Amount of Claim" shown for each of the Petitioning Creditors is the amount as to which there is no bona fide dispute. Each of the Petitioning Creditors reserves the right to assert in its Proof of Claim other amounts than shown here.

DM1\5838163.1