| | |
|---|---|
| George V. Utlik<br>ARENT FOX LLP<br>1675 Broadway<br>New York, NY 10019<br>Telephone: (212) 484-3900<br>Facsimile: (212) 484-3990<br>george.utlik@arentfox.com<br><br>Aram Ordubegian<br>(*pro hac vice* application forthcoming)<br>Andy S. Kong<br>(*pro hac vice* application forthcoming)<br>ARENT FOX LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Telephone: (213) 629-7400<br>Facsimile: (213) 629-7401<br>aram.ordubegian@arentfox.com<br>andy.kong@arentfox.com<br><br>*Proposed General Bankruptcy and Restructuring Counsel to the Debtor* | Russell C. Silberglied (#3462)<br>(*pro hac vice* application forthcoming)<br>Daniel J. DeFranceschi (# 2732)<br>(*pro hac vice* application forthcoming)<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 498-7545<br>silberglied@rlf.com<br>defranceschi@rlf.com<br><br>*Proposed Special Corporate Counsel to the Debtor* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                                                        :
                                                                                  :     Chapter 7
AIRFASTTICKETS, INC.,                                         :
                                                                                  :     Case No. 15-11951 (SHL)
                                    Debtor.                         :
                                                                                  :
----------------------------------------------------------- x

## ANSWER TO INVOLUNTARY PETITION AND CONSENT TO ENTRY OF ORDER FOR RELIEF

### INTRODUCTION

1. On July 27, 2015, the Petitioning Creditors filed an involuntary petition (the "Involuntary Petition") under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") against the alleged debtor Airfasttickets, Inc. ("Airfast").

AFDOCS/12470286.2

2.     On July 28, 2015, the Court issued a summons on Airfast setting August 21, 2015 as the deadline for Airfast to answer the Involuntary Petition. The Involuntary Petition and summons were properly served on Airfast.

3.     Airfast and the petitioning creditors entered into a stipulation extending the deadline to answer the Involuntary Petition which stipulation was approved by this Court on or about August 21, 2015 extending the deadline through and including September 21, 2015 for Airfast to file an answer.

## ANSWER

Airfast answers the allegations contained in the Involuntary Petition as follows:

1.     Petitioners are eligible to file the Involuntary Petition pursuant to 11 U.S.C. § 303(b).

RESPONSE: Admit.

2.     Airfast is a person against whom an order for relief may be entered under title 11 of the United States Code.

RESPONSE: Admit.

3.     Airfast is generally not paying its debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount.

RESPONSE: Admit.

## CONSENT TO ENTRY OF ORDER FOR RELIEF AND RESERVATION OF RIGHTS

Airfast consents to the entry of an order for relief under Bankruptcy Code and concurrently files a motion seeking a conversion of the case to one under chapter 11 of the Bankruptcy Code pursuant to 11 U.S.C. § 706(a).

Dated: September 21, 2015
     Irvine, CA

By: _____
Adam Meislik, Court Appointed Receiver of Debtor, AirFastTickets, Inc.

Dated: September 21, 2015
     New York, New York

ARENT FOX LLP

By: */s/ George V. Utlik*
George V. Utlik
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
george.utlik@arentfox.com

Aram Ordubegian
(*pro hac vice* application forthcoming)
Andy S. Kong
(*pro hac vice* application forthcoming)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013
Telephone: (213) 629-7400
Facsimile:  (213) 629-7401
aram.ordubegian@arentfox.com
andy.kong@arentfox.com

*Proposed General Bankruptcy and Restructuring Counsel to the Debtor*

-and-

**RICHARDS, LAYTON & FINGER, P.A.**

Russell C. Silberglied (#3462)
(*pro hac vice* application forthcoming)
Daniel J. DeFranceschi (# 2732)
(*pro hac vice* application forthcoming)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 498-7545
silberglied@rlf.com
defranceschi@rlf.com

*Proposed Special Corporate Counsel to the Debtor*